IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| COREY HALL, | ) | |
| | ) | |
|     Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | No.: 2:23-cv-4-KAC-CRW |
| | ) | |
| BALLAD HEALTH, | ) | |
| | ) | |
|     Defendant/Counter-Plaintiff. | ) | |

## JOINT NOTICE OF COMPROMISE AND SETTLEMENT

Please take notice that the Plaintiff/Counter-Defendant, Corey Hall, and the Defendant/Counter-Plaintiff, Ballad Health, have settled the above-styled matter, which is scheduled for trial on December 16, 2025. This settlement pertains to all claims by and against each party. Counsel for the parties will file a Joint Stipulation of Dismissal with Prejudice once all settlement documents are finalized and executed.

1

RESPECTFULLY SUBMITTED,

*s/ Clint J. Coleman*
CLINT J. COLEMAN (BPR # 038413)
EAST TENNESSEE EMPLOYMENT LAW, PLLC
520 W. Summit Hill Dr.
Ste. 101
Knoxville, TN 37902
(865) 383-1053
clint@ETNemploymentlaw.com

*Attorneys for Corey Hall*


*s/Joseph B. Harvey (with permission by CJC)*
Joseph B. Harvey
Stephen M. Darden
Hunter, Smith, & Davis, LLP
1212 N. Eastman Rd., P.O. Box 3740
Kingsport, Tennessee 37664
jharvey@hsdlaw.com
sdarden@hsdlaw.com

*Attorneys for Ballad Health*